UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL CARUSO,

    Plaintiff,                                           Case No. 1:16-cv-794

v.                                                     HON. JANET T. NEFF

NCR HOSPITALITY, INC. and
KARUNA SAGAR KRUPA, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendant NCR Hospitality, Inc. (Dkt 4) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendant NCR Hospitality, Inc. is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: September 30, 2016                            /s/ Janet T. Neff
                                                                  JANET T. NEFF
                                                                    United States District Judge