UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | |
|---|---|
| JILL CARUSO, Individually, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> KARUNA SAGAR KRUPA, LLC, a Michigan : <br> limited liability company : <br> : <br> Defendant. : <br> _____/ : | Case No. 1:16-cv-794 <br><br> Hon. Janet T. Neff |

## **PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE**

COMES NOW the Plaintiff, Jill Caruso, individually, and hereby file the following Motion to Dismiss Case With Prejudice and state as follows:

1. The parties have reached settlement.

2. The Plaintiff requests the matter be dismissed in its entirety with prejudice against being refiled and with costs to Plaintiff.

WHEREFORE, the Plaintiff requests an ORDER dismissing all claims for relief against Karuna Sagar Krupa, LLC with prejudice against being refiled.

Dated: January 27, 2017

　　　Submitted for entry by:


　　　　　　　　　　　By:＿＿＿/s/ Owen B. Dunn, Jr.＿
　　　　　　　　　　　　　　Owen B. Dunn, Jr. Esq. P66315

                                                  Law Offices of Owen B. Dunn, Jr.
                                                  4334 W. Central Avenue, Suite 22
                                                  Toledo, OH 43604
                                                  Telephone: (419) 241-9661
                                                  Facsimile:  (419) 241-9737
                                                  Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was on this 27th day of January 2017 served by United States mail to:

Karuna Sagar Krupa
c/o its Registered Agent
Nanu Patel
2725 BUCHANAN AVE SW
GRAND RAPIDS, MI 49548

                                            By: /s/ Owen B. Dunn, Jr.
                                                     Owen B. Dunn, Jr.