UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

| | |
|---|---|
| JILL CARUSO, Individually, | : |
| Plaintiff, | : Case No. 1:16-cv-794 |
| v. | : |
| KARUNA SAGAR KRUPA, LLC, a Michigan limited liability company | : |
| Defendant. | : |
| _____/ | : |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE WITH PREJUDICE

This matter has come before the Court on Plaintiff Caruso's motion to dismiss with prejudice (Dkt 12). Being fully advised in the premises and having reviewed the pleadings, the Court hereby GRANTS Plaintiff Caruso's motion and the case is hereby DISMISSED with prejudice.

SO ORDERED.

Dated: January 27, 2017

　　　　　　　　　　　　　　　　　　/s/ Janet T. Neff
　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　United States District Judge